UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 4840

**Plaintiff**
1199 SEIU GREATER UNITED HEALTHCARE WORKERS EAST,
**Plaintiff**

-v-

ATLANTIC HIGHLANDS NURSING HOME, INC. a/k/a KASOT CORPORATION,
**Defendant**

Case No.

**Rule 7.1 Statement**

RECEIVED MAY 23 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (1199 SEIU United Healthcare Workers East) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: May 22, 2008

Signature of Attorney
Hanan B. Kolko
**Attorney Bar Code: HK 1307**

90535

American LegalNet, Inc.
www.USCourtForms.com