# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE: 516-741-6706

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE: 518-465-2033

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE: 631-777-6906

HANAN B. KOLKO
DIRECT DIAL: 212-763-7017
E-MAIL: HKOLKO@MSEK.COM

July 18, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

*Via Facsimile*
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

[Handwritten annotation: Conference adjourned from July 25 to August 25, 2008 at 2:15 p.m. SO ORDERED 7/21/08]

Re:  1199/SEIU United Healthcare Workers East v.
     Atlantic Highlands Nursing Home, Inc.
     Case No. 08-CV-4840 (TKC)

Dear Judge Castel:

We represent plaintiff in this matter. An initial pre-trial conference is set for July 25, 2008 at 11:30 a.m. We write to request an adjournment of this conference. We seek this request because I have a previously scheduled personal commitment on that date. Defendant consents to this request. I understand from courtroom Deputy Drew D'Agostino that Your Honor is available for a rescheduled conference during the week of August 25th, on September 5th, or on September 12th. Both counsel for defendant and I are available for a conference on September 5th and September 12th.

Thank you for your consideration of this request.

Respectfully submitted,

Hanan B. Kolko

HBK:ptp

Cc: Ari Weiss, Esq. *(Counsel for defendant) (Via e-mail)*

96553