## MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE: 516-741-6706

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE: 518-465-2033

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE: 031-777-6906

HANAN B. KOLKO
DIRECT DIAL: 212-763-7017
E-MAIL: HKOLKO@MSEK.COM

**MEMO ENDORSED**

August 21, 2008

*Via Facsimile*
212-805-7949
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

*[Handwritten: Conference adjourned from August 25, 2008 at 2:15pm to September [date] at [time].  SO ORDERED  [signature] 8-25-08]*

Re: 1199/SEIU United Healthcare Workers East v.
Atlantic Highlands Nursing Home, Inc.
Case No. 08-CV-4840 ~~(TKC)~~ (PKC)

Dear Judge Castel:

We represent plaintiff in this matter. A pre-trial conference is set for August 25, 2008 at 2:15 p.m. We write to request an adjournment of this conference. We seek this request because the parties are near a settlement of this matter, and anticipate being able to completely resolve the case by September 20, 2008. For this reason, we ask that the conference set for August 25th be rescheduled for a date after September 20, 2008. Counsel for defendant consents to this requested adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

Hanan B. Kolko

HBK:ptp

Cc: Ari Weiss, Esq. (*Counsel for defendant*) (*Via e-mail*)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

97380